No. 302. C. A. P. TURNER COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. Argued May 3, 1926. Decided May 10, 1926. *Per Curiam.* Affirmed upon the authority of *United States* v. *Smith,* 94 U. S. 214, 218; *Talbert* v. *United States,* 155 U. S. 45; *Stone* v. *United States,* 164 U. S. 380, 382; *United States* v. *Milliken Printing Co.,* 202 U. S. 173, 174; *Keokuk & Hamilton Bridge Co.* v. *United States,* 260 U. S. 125, 126. *Mr. Benton Baker,* for appellant. *Solicitor General Mitchell* and *Mr. A. C. Paul* for the United States.

---

No. 304. WILLIAM H. MAXWELL AND GLOBE INDEMNITY COMPANY *v.* UNITED STATES. Error to the United States Circuit Court of Appeals for the Fourth Circuit. Argued May 4, 1926. Decided May 10, 1926. *Per Curiam.* Affirmed upon the authority of *The Harriman,* 9 Wall. 161, 172; *Jones* v. *United States,* 96 U. S. 24, 29; *Jacksonville, Mayport, Pablo Ry. & Nav. Co.* v. *Hooper,* 160 U. S. 514, 527; *Globe Refining Co.* v. *Landa Cotton Oil Co.,* 190 U. S. 540, 543–544; *Carnegie Steel Co.* v. *United States,* 240 U. S. 156, 164; *Day* v. *United States,* 245 U. S. 159, 161. *Messrs. George A. King* and *Christie Benet,* with whom *Mr. F. A. W. Ireland* was on the brief, for plaintiffs in error. *Solicitor General Mitchell, Assistant to the Attorney General Donovan,* and *Mr. J. D. Ernest Meyer* for the United States.